ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| LUIS DANIEL SILVA RAMÍREZ<br><br>Parte Recurrida<br><br><br>V.<br><br><br><br>ABRAHAM SILVA RAMÍREZ SAMUEL DAVID SILVA RAMÍREZ<br><br>Parte con Interés | TA2025CE00407 | *CERTIORARI* procedente del Tribunal de Primera Instancia de San Juan<br><br>_____<br><br>Caso Núm.:<br>K AC2007-0163<br><br>_____<br><br>SOBRE:<br><br>DIVISIÓN O LIQUIDACIÓN DE LA COMUNIDAD DE BIENES HEREDITARIOS |

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de septiembre de 2025.

Examinada la Petición de Certiorari instada el 5 de septiembre de 2025 por Samuel David Silva Ramírez, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*